CASE NO **SA18CA0358** DAE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

JULIETTE FAIRLEY, IND AND AS AN HEIR OF JAMES E. FAIRLEY
Plaintiff

VS.
MAURICETTE FAIRLEY, Ind.
and as Guardian of the person of
James E. Fairley, Defendant



FILED
APR 2 0 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

## MOTION AND PROPOSED ORDER FOR ELECTRONIC CASE FILING

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Plaintiff, Juliette Fairley ("Juliette"), as daughter and heir of James Fairley ("James") and sues Mauricette Fairley ("Fairley"), guardian of James Fairley, and moves the Court for permission to e-file in the above captioned case. Juliette hereby affirms that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

   A. A computer with internet access;

B. An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

C. A scanner to convert documents that are only in paper format into electronic files;

D. A printer or copier to create to create required paper copies such as chambers copies;

E. A word-processing program to create documents;

F. A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Plaintiff respectfully requests the Court for permission to e-file

_____
Juliette Fairley
P.O. Box 1497
New York, NY 10276
 646 709 7828
JulietteFairley@gmail.com

## CERTIFICATE OF SERVICE

I, Juliette Fairley, HEREBY CERTIFY that a true and correct copy of the Motion to E-file and Proposed Order has been served in an authorized manner by mail or delivery this ___ day of __April__ 2018 to the Defendant or the Defendant's counsel.

_____
Juliette Fairley
P.O. Box 1497
New York, NY 10276
646 709 7828
JulietteFairley@gmail.com

CASE NO. SA18CA0358 DAE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

JULIETTE FAIRLEY,
Plaintiff

VS.
MAURICETTE FAIRLEY, Ind.
and as Guardian of the person of
James E. Fairley, Defendant

[PROPOSED] ORDER FOR ELECTRONIC FILING

The COURT has considered the Plaintiff's Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED. IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: